**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       v. <br><br> ROBERT BRITO-PINA, <br><br>       Defendant. | Civil Action No. 1:19-cr-10160-ADB |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant Robert Brito-Pina in the above-captioned case.

Respectfully submitted,

*/s/Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: June 22, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, this document was filed through the ECF system.

It will be sent electronically to the registered participants, as identified on the Notice of

Electronic Filing.

/s/Alexandra Arnold
Alexandra Arnold